11/20/2025 11:09 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-25-000637
Selina Hamilton

NO. D-1-GN-25-000637

| | | |
|---|---|---|
| **WCH MASTER COMMUNITY, INC.** | § | **IN THE DISTRICT COURT OF** |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **TRAVIS COUNTY, TEXAS** |
| | § | |
| | § | |
| **THOMAS WOLF AND EILEEN WOLF,** | § | |
| *Defendants.* | § | **98TH JUDICIAL DISTRICT** |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/20/2025 12:37:49 PM
CHRISTOPHER A. PRINE
Clerk

### PLAINTIFF'S AMENDED NOTICE OF APPEAL

**COMES NOW, WCH Master Community, Inc. ("*Plaintiff*")**, pursuant to Texas Rules of Appellate Procedure 25.1, who hereby desires to appeal the *Order Granting in part and Denying in part Defendants' Traditional and No-Evidence Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment*, attached hereto as Exhibit A, signed and entered on October 6, 2025. Plaintiff desires to appeal this Order to the Third Court of Appeals in Austin, Texas.

Respectfully submitted,

**CAGLE PUGH**

By:     */s/ Adam Pugh*
        Adam Pugh
        Texas Bar No. 24044341
        Marla Jones
        Texas Bar No. 24046174
        4301 Westbank Dr., Suite A150
        Austin, Texas 78746
        Telephone: (737) 261-0600
        Fax: (737) 261-0637
        adam.pugh@caglepugh.com
        marla.jones@caglepugh.com
        **ATTORNEYS FOR PLAINTIFF**
        **WCH MASTER COMMUNITY, INC**

## CERTIFICATE OF SERVICE

By my signature, this is to certify that a copy of the foregoing document was served on Defendants by delivering a true and correct copy through the Court's e-filing system, on this the 20th day of November 2025, as follows:

Thomas Wolf                              *Via e-Service:* [twolf.tx@gmail.com](mailto:twolf.tx@gmail.com)
Eileen Wolf
21813 Agarito Lane
Spicewood, Texas 78669


                                         */s/ Adam Pugh*
                                         Adam Pugh

# EXHIBIT
# A

| WCH MASTER COMMUNITY, INC. | § | IN THE DISTRICT COURT |
|---|---|---|
| *Plaintiff,* | § | |
| | § | |
| | § | TRAVIS COUNTY, TEXAS |
| **v.** | § | |
| | § | |
| **THOMAS WOLF AND EILEEN WOLF** | § | |
| *Defendants.* | § | **98TH JUDICIAL DISTRICT** |

### ORDER GRANTING IN PART and DENYING IN PART DEFENDANTS' TRADITIONAL AND NO-EVIDENCE MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On September 25, 2025, the Court heard Plaintiff's Motion for Summary Judgment and Defendants' Traditional and No-Evidence Motion for Summary Judgment. Having considered the motions, the responses, the exhibits, and the case file, the Court finds that Plaintiff's motion should be DENIED and that Defendant's motion should be GRANTED IN PART and DENIED IN PART.

It is hereby ORDERED that Plaintiff's Motion for Summary Judgment is DENIED.

It is further ORDERED that Defendant's Traditional and No-Evidence Motion for Summary Judgment is GRANTED with respect to Plaintiff's claims against Defendants. Accordingly, it is hereby ORDERED that Plaintiff shall take nothing on its claims and Plaintiff's claims are DISMISSED in their entirety. It is further ORDERED that Defendant's Motion for Summary Judgment is DENIED with respect to Defendant's request for sanctions.

It is further ORDERED that each party shall bear their own court costs and attorney's fees.

It is further ORDERED that all relief requested in this matter that is not addressed herein is DENIED. This is a final, appealable order.

Signed on October 6, 2025.

_____
HONORABLE JUDGE PRESIDING

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jessica Loyola-Hernandez on behalf of Nicholas Pugh
Bar No. 24044341
jessica.loyola@caglepugh.com
Envelope ID: 108277583
Filing Code Description: Notice of Appeal
Filing Description: PLAINTIFF'S AMENDED NOTICE OF APPEAL
Status as of 11/20/2025 12:34 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Matthew Melancon | 24109544 | matt@melancon.legal | 11/20/2025 11:09:09 AM | SENT |
| Marla  Jones | | marla.jones@caglepugh.com | 11/20/2025 11:09:09 AM | SENT |
| Thomas Wolf | | twolf.tx@gmail.com | 11/20/2025 11:09:09 AM | SENT |
| Dawn Reveley | | dereveley@gmail.com | 11/20/2025 11:09:09 AM | SENT |
| Jessica Loyola | | jessica.loyola@caglepugh.com | 11/20/2025 11:09:09 AM | SENT |